SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>           Plaintiff;<br><br>     vs.<br><br>Bar None Enterprises, et al,<br><br>           Defendant | Case No. **2:12-cv-02308-WBS-DAD**<br><br>**ORDER RE: REQUEST FOR DISMISSAL** |

IT IS SO ORDERED that the above-entitled action is hereby dismissed with prejudice pursuant Fed. R. Civ. P. Rule 41(a)(1).

Date:   December 17, 2012

*/s/ William B. Shubb*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-12-2308-WBS-DAD- 1